**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lee Patrick Healy

**Case/AP Number** 13-10555 **-FJB**
**Chapter** 7

#14 Motion filed by Creditor Ocwen Loan Servicing LLC for Relief from Stay Re: 15 Harrison Street, Quincy, Massachusetts

**COURT ACTION:**

_____Hearing held

_____Granted         _____Approved      _____Moot

_____Denied          _____Denied without prejudice      _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  Movant is hereby granted relief from the automatic stay to exercise its rights as to the property.  Relief from the 14-day stay of this order in Rule 4001(a)(3) is denied.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_    Dated: 03/14/2013
_____
Frank J. Bailey
United States Bankruptcy Judge